MARIA D. MITCHELL, as Sole Surviving Executrix of AARON
H. MITCHELL, Deceased, Appellant, *v.* FRANK H. BALL
et al., as Executors of EDWIN J. DIXON, Deceased,
Respondents.

*Mitchell* v. *Ball,* 88 Hun, 614, affirmed.
(Argued October 8, 1897; decided October 26, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fifth judicial department, entered
August 20, 1895, which affirmed a judgment in favor of
defendants entered upon the report of a referee dismissing
the complaint upon the merits.

*Chester M. Elliott* for appellant.

*John D. Teller* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

HENRY W. LAWTON, as Administrator of JACOB D. LAWTON,
Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND
HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lawton* v. *N. Y. C. & H. R. R. R. Co.,* 2 App. Div. 616, affirmed.
(Argued October 8, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 27, 1896, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*C. D. Prescott* for appellant.

*A. B. Steele* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.